UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHELLE WETMORE,

       Plaintiff,

v.                                        Case No:  2:15-cv-464-FtM-99CM

MONEY MART, INC.,

       Defendant.
_____/

### ORDER[1]

This matter comes before the Court on the Plaintiff Michelle Wetmore and the Defendant, Money Mart, Inc. d/b/a Check Mart of Florida, Inc.'s Joint Stipulation to Arbitrate (Doc. #14) filed on September 17, 2015.  In this instance, the Plaintiff informs the Court that she agrees to arbitrate the case pursuant to the Parties written arbitration agreement and to dismiss the case.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>
> A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>
> A stipulation of dismissal signed by all parties who have appeared.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Fed. R. Civ. P. 41(a)(1)(A).

Thus, the Plaintiff's case is dismissed and each party will bear their own costs and attorney's fees.  The case will proceed to arbitration as provided for in the written arbitration agreement.

Accordingly, it is now

**ORDERED:**

The Plaintiff Michelle Wetmore and the Defendant, Money Mart, Inc. d/b/a Check Mart of Florida, Inc.'s Joint Stipulation to Arbitrate (Doc. #14) is **GRANTED**.

This case is **DISMISSED** with each party bearing their own attorney's fees and costs.  The Parties shall proceed to arbitration in accord with the written arbitration agreement.  The Clerk of the Court shall enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of September, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record